Filed 1/30/14  P. v. Fowler CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Placer)

----

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>GARY LEE FOWLER,<br><br>Defendant and Appellant. | C073380<br><br>(Super. Ct. No. 62119658) |

Appointed counsel for defendant Gary Lee Fowler asked this court to review the record to determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende* ).)  Finding no arguable error that would result in a disposition more favorable to defendant, we will affirm the judgment.

I

Because the matters were resolved by plea, the facts are taken from the stated factual basis contained in the plea.

1

In late January 2013, defendant stole a Chrysler van from Enterprise Rent-A-Car. Defendant had also sustained a prior strike conviction for assault with a deadly weapon or by means of force likely to produce great bodily injury and had served two prior prison terms.

Defendant pleaded no contest to unlawfully driving or taking a motor vehicle (Veh. Code, § 10851, subd. (a)) and admitted the prior strike allegation (Pen. Code, §§ 1170.12, subds. (a)-(d); 667, subds. (b)-(i))[1] and the two prior prison term enhancements (§ 667.5, subd. (b)). The trial court dismissed the remaining counts against defendant.

The trial court denied probation and sentenced defendant to the stipulated aggregate term of six years in state prison, awarded defendant 69 days of presentence custody credit, and ordered him to pay a $600 restitution fund fine (§ 1202.4), $600 parole revocation fine suspended unless parole is revoked (§ 1202.45), a $40 court operations fee (§ 1465.8, subd. (a)(1)), and a $30 court facilities assessment (Gov. Code, § 70373). Defendant did not obtain a certificate of probable cause.

II

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*Wende, supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief. More than 30 days elapsed and we received no communication from defendant.

---

[1] Undesignated statutory references are to the Penal Code.

2

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.


                                                    MAURO                 , J.


We concur:


           NICHOLSON          , Acting P. J.


               ROBIE                , J.